IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD RUFF,

    Plaintiff,

v.

Case No. 17-cv-117-jdp

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security,

    Defendant.

## ~~PROPOSED~~ ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an administrative law judge (ALJ) will further consider the evidence and reassess Plaintiff's residual functional capacity. The ALJ will then reevaluate

Plaintiff's ability to return to her past relevant work and, if warranted, perform other jobs in the national economy.

SO ORDERED this 26TH day of JUNE, 2017.

HON. JAMES D. PETERSON
Chief United States District Judge